IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:90CR30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| EVERETT L. O'NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

On October 25, 2004, the defendant appeared in person with his attorney, Michael J. Hansen, Federal Public Defender. The United States was represented by David Stempson, Assistant United States Attorney. A revocation hearing was scheduled before Judge Urbom on November 19, 2004.

On November 19, 2004, the defendant appeared in person with his attorney, Michael J. Hansen, Federal Public Defender. The United States was represented by Alan Everett, Assistant United States Attorney. Upon defendant's motions to continue the disposition hearing (filings 147, 148, and 150), the disposition hearing was scheduled for May 3, 2005.

On May 3, 2005, the disposition hearing was held. The United States was represented by Dave Stempson, Assistant United States Attorney. The defendant was present and represented by Michael J. Hansen. Defendant admitted all allegations set forth in the Petition for Warrant or Summons for Offender Under Supervision (filing 141). Upon accepting the defendant's admission of the allegations that he violated Standard Condition No. 1, Standard Condition No. 11, and Special Condition No. 5, the Court found that the defendant did violate the terms and conditions of the supervised release as alleged in the Petition for Warrant or Summons for Offender Under Supervision (filing 141).

Defendant's term of supervised release would have ended on January 7, 2005, had the Petition not been filed. Defendant will be sentenced in Douglas County District Court for the offenses outlined in allegations 1 and 2 of the Petition. The Court accepts the parties' agreement to terminate defendant's supervised release.

IT IS ORDERED to end defendant's supervised release and no further action needs to be taken as to defendant's violations of conditions of supervised release.

DATED: May 3, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge